IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Clifton Keith Christian,                                )
                                                        )          Civil Action. No. 3:11-cv-01422-JMC
                                                        )
                              Plaintiff,                )
                                                        )
                    v.                                  )          **OPINION AND ORDER**
                                                        )
Michael J. Astrue, Commissioner                         )
of the Social Security Administration,                  )
                                                        )
                              Defendant.                )
_____)

This matter is before the court upon motion of the Plaintiff, through his attorney, Beatrice

E. Whitten, for an award of attorney's fees under 42 U.S.C. § 406(b). The record reflects that

Plaintiff was the prevailing party in this action for social security disability benefits and

supplemental security income, and his net worth is less than $2 million.  On May 22, 2012, Counsel

for the Plaintiff Beatrice E. Whitten ("Counsel"), filed a motion for attorney's fees and costs [Doc.

26] pursuant to 42 U.S.C. § 406(b).  The motion seeks reimbursement for Counsel's representation

in the captioned matter in the amount of  $4,632.00 which amounts to less than twenty-five percent

(25%) of the past-due benefits withheld by the Social Security Administration for attorney's fees.

Defendant's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) [Doc. 28]

notifies the court that he does not oppose Plaintiff's request for fees in the amount stated herein

pursuant to 42 U.S.C. § 406(b).

        The court has reviewed Counsel's fee petition and the signed fee agreement that was

submitted with the petition, and finds Counsel's request for fees reasonable.

        Therefore, the Plaintiff is entitled to an award of attorney's fees under 42 U.S.C. § 406(b)

1

in the amount of $4,632.00.

      **IT IS SO ORDERED.**

United States District Judge

Greenville, South Carolina
July 25, 2012